UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK ALLEN FITZPATRICK,<br><br>    Defendant. | Case No. 20-cr-40087-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Mark Allen Fitzpatrick ("Defendant") Motion to Obtain Transcript of Voir Dire (Doc. 79). Defendant was found guilty by a jury on April 27, 2022. The voir dire occurred on April 26, 2022.

The Court hereby **GRANTS** Defendant's Motion to Obtain Transcripts of Voir Dire (Doc. 79) and **DIRECTS** the court reporter Amy Richardson to prepare the transcript of voir dire for Defendant. Further, the Court allows for payment for the transcript through the Criminal Justice Act ("CJA") funds.

**IT IS SO ORDERED.**
**DATED:  September 27, 2022**

                                              /s  J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**